

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2020

No. 04-20-00051-CV

**MEDFINMANAGER, LLC**,
Appellant

v.

John **SALAS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22706
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Appellant's brief is due April 16, 2020. On April 14, 2020, appellant filed a motion seeking a sixty-day extension of time to file its brief. After consideration, we **GRANT** appellant's motion and **ORDER** appellant to file its brief **by June 15, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court